UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| BRANDON HENDERSON, | Case No. 23-12573 |
| Plaintiff, | F. Kay Behm |
| v. | United States District Judge |
| CREDIT ACCEPTANCE, | Kimberly G. Altman |
| Defendant. | United States Magistrate Judge |
| _____/ | |

**OPINION AND ORDER ACCEPTING AND ADOPTING
THE MAGISTRATE JUDGE'S APRIL 22, 2024
<u>REPORT AND RECOMMENDATION (ECF No. 25)</u>**

Currently before the court is Magistrate Judge Kimberly G. Altman's April 22, 2024 Report and Recommendation. (ECF No. 25). Magistrate Judge Altman recommends granting Defendant's motion to dismiss and to compel arbitration (ECF No 12) and denying Plaintiff's motion for leave to amend the complaint (ECF No. 19). The court is fully advised in the premises and has reviewed the record and the pleadings. Neither party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 2012 WL 3639070 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). The Court nevertheless agrees with the Magistrate Judge's recommended disposition. Therefore, the Court

**ACCEPTS** and **ADOPTS** the Magistrate Judge's Report and Recommendation (ECF No. 25), **GRANTS** Defendant's motion to dismiss and to compel arbitration (ECF No. 12) and **DISMISSES** the complaint without prejudice and **DENIES** Plaintiff's motion for leave to amend the complaint (ECF No. 19).  This is final order and closes the case.

    **SO ORDERED**.

Date: May 13, 2024　　　　　　　　　　s/F. Kay Behm
　　　　　　　　　　　　　　　　　　F. Kay Behm
　　　　　　　　　　　　　　　　　　United States District Judge